# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-02091-SKC

SCHOOL DISTRICT NO. 1, CITY AND COUNTY OF DENVER;

    Plaintiff,

v.

IGOR RAYKIN,

MAKENZIE BOGART,

ALAN DAVIS, and

KISHENEVSKY & RAYKIN, ATTORNEYS AT LAW;

    Defendants.

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

---

    Plaintiff School District No. 1 in the City and County of Denver, by and through its undersigned attorneys, submits the following Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as follows:

    1.    Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure allows a plaintiff to voluntarily dismiss an action at any time before the defendant files an answer or motion for summary judgment.

    2.    None of the Defendants have filed an answer or a motion for summary judgment.

    3.    Plaintiff has not previously dismissed any federal or state court action based upon the same claim.

Accordingly, Plaintiff gives notice of the dismissal of this action without prejudice.

RESPECTFULLY SUBMITTED this 25th day of August, 2021.

        SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

        By: *s/ Robert P. Montgomery*
            M. Brent Case
            Mary B. Gray
            Robert P. Montgomery
            1120 Lincoln Street, Suite 1308
            Denver, CO  80203
            (303) 595-0941
            bcase@semplelaw.com
            mgray@semplelaw.com
            rmontgomery@semplelaw.com

            ATTORNEYS FOR PLAINTIFF